Peter C. Kelly, II, Esq. (014503)  (pkelly@hoklaw.com)
Randy Sassaman, Esq. (007495) (rsassaman@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3020 E. Camelback Road, Suite 201
Phoenix, Arizona 85016        162.058
Phone:        (602) 240-6670
Facsimile:    (602) 240-6677

Attorneys for Defendant CSAA General Insurance Company (AAA)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Nickerson, individually,<br><br>Plaintiff,<br><br>v.<br><br>CSAA General Insurance Company (AAA), a foreign company; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>Defendants. | Case No:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446, Defendant CSAA General Insurance Company ("CSAA") hereby removes this case from the Superior Court of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, Phoenix. The grounds for removal are as follows:

1. On November 8, 2017, Plaintiff Kimberly Nickerson commenced a civil lawsuit against CSAA in the Maricopa County Superior Court of the State of Arizona, as cause number CV2017-014421. All pleadings filed in the Maricopa County Superior Court prior to the Notice of Removal are attached as **Exhibit 1** to this Notice.

2. On or about November 17, 2017, Plaintiff served a copy of her summons and complaint on CSAA.

3. On or about December 4, 2017, CSAA removed this case to the United States District Court for the District of Arizona.

4. Plaintiff is a citizen of Arizona.

5. CSAA is a foreign corporation that is incorporated in Indiana and has its principal place of business in Walnut Creek, California.

6. Plaintiff is bringing a claim for payment of uninsured motorist benefits under an insurance policy providing coverage in the amount of $100,000, and bad faith and punitive damages. *See* Plaintiff's Complaint, paragraphs 7, 24, 30, 31 and 34. Prior to filing suit, Plaintiff demanded that CSAA pay the full $100,000 policy limits.

7. Because this lawsuit involves citizens of different states and the amount in controversy exceeds $75,000.00, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

8. The undersigned attorney certifies that on December 4, 2017 he caused a copy of this Notice of Removal to be filed with the Clerk of the Maricopa County Superior Court.

DATED this 4th day of December, 2017.

**HOLLOWAY ODEGARD & KELLY, P.C.**

By  *s/Randy L. Sassaman*
　　Peter C. Kelly, II
　　Randy L. Sassaman
　　3020 E. Camelback Road, Suite 201
　　Phoenix, Arizona 85012
　　***Attorneys for Defendant CSAA General Insurance Company (AAA)***

2

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of December, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amy N. Vela, Esq.
Timothy G. Tonkin, Esq.
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Ave., Suite 1500
Phoenix, Arizona 85012
amyv@phillipslaw.com
minute_entries@phillipslaw.com
*Attorneys for Plaintiff*

*s/Genna Zappia*